IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN MILLER and JAMES DENTON, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Case No. 08 C 785<br>) |
| BMW SPORTSWEAR, INC. and GQ SPORTS, YOUSUF TABANI, individually and as President of BMW SPORTSWEAR, INC. and GQ SPORTS, and ESMAIL SOHDA, individually and as Owner of BMW SPORTSWEAR, INC. and GQ SPORTS, | ) Judge SUZANNE B. CONLON<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO CHANGE DATE OF INITIAL STATUS**

Plaintiffs CALVIN MILLER and JAMES DENTON, by and through their attorney, Jonathan C. Goldman of GOLDMAN & EHRLICH, hereby move this Court to reset the initial status date in this matter from March 14, 2008 to March 18, 2008. In support of their motion, Plaintiffs state as follows:

1. Jonathan C. Goldman is the attorney primary responsible for this case.

2. No appearance has yet been filed on behalf of the Defendants.

3. Jonathan Goldman has a previously set settlement conference for the morning of March 14, 2008 in the case of *Block, et al. v. US Foodservice, et al.*, Case No. 06 L 000587, before the Circuit Court of the Eighteenth Judicial Circuit - DuPage County, that has been established since January 2008 and involves the schedules of numerous attorneys and party representatives.

**WHEREFORE**, Plaintiffs request that the initial status set for March 14, 2008 be reset to March 18, 2008.

<div style="margin-left: 50%;">

/s/ Jonathan C. Goldman
Jonathan C. Goldman of Goldman & Ehrlich,
as Attorneys for CALVIN MILLER and JAMES DENTON

</div>

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828