IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN MILLER and JAMES DENTON, <br><br> Plaintiffs, <br><br> v. <br><br> BMW SPORTSWEAR, INC. and GQ SPORTS, YOUSUF TABANI, individually and as President of BMW SPORTSWEAR, INC. and GQ SPORTS, and ESMAIL SOHDA, individually and as Owner of BMW SPORTSWEAR, INC. and GQ SPORTS, <br><br> Defendants. | Case No. 08 C 785 <br><br> Judge SUZANNE B. CONLON |

TO: Yousuf Tabani, individually and as President of BMW Sportswear, Inc. and GQ Sports
3950 West Madison Street
Chicago, IL 60624

Esmail Sohda, individually and as Owner of BMW Sportswear, Inc. and GQ Sports
3950 West Madison Street
Chicago, IL 60624

**PLEASE TAKE NOTICE** that on the 4th day of March 2004 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her, Courtroom 1743 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present PLAINTIFFS' MOTION TO CHANGE DATE OF INITIAL STATUS, a copy of which is herewith served upon you.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of GOLDMAN & EHRLICH,
as attorneys for Plaintiffs

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828

## PROOF OF SERVICE

I, Jonathan C. Goldman, an attorney on oath, state that I served this notice by mailing a copy to YOUSUF TABANI and ESMAIL SOHDA at the above addresses and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on February 26, 2008, with proper postage prepaid.

/s/ Jonathan C. Goldman