# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 785 | **DATE** | 3/4/2008 |
| **CASE TITLE** | CALVIN MILLER, ET AL vs. BMW SPORTSWEAR, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion [6] to change dates of initial status from March 14, 2008 to March 18, 2008 is granted. Status hearing is reset to March 18, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|