U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Calvin Miller and James Denton<br>v.<br>BMW Sportswear, Inc., GQ Sports, Yousuf Tabani,<br>and Esmail Sodha | Case Number: 08-C-785 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants BMW Sportswear, Inc., GQ Sports, Yousuf Tabani, and Esmail Sodha

| |
|---|
| NAME (Type or print)<br>John J. Lynch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John J. Lynch |
| FIRM<br>James L. Kopecky, P.C. |
| STREET ADDRESS<br>190 S. LaSalle Street, Suite 850-A |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6225509 | TELEPHONE NUMBER<br>(312) 380-6553 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |