# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0785 | **DATE** | 3/18/2008 |
| **CASE TITLE** | CALVIN MILLER, ET AL vs. BMW SPORTSWEAR, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/10/08 at 9:00 a.m for report on settlement or to set discovery schedule and trial date. Parties shall comply with FRCP 26(a)(1) by 3/28/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00785    Document 10    Filed 03/18/2008    Page 1 of 1

08C0785 CALVIN MILLER, ET AL vs. BMW SPORTSWEAR, INC., ET AL                                    Page 1 of 1