## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0785 | **DATE** | 4/10/2008 |
| **CASE TITLE** | CALVIN MILLER, ET AL vs. BMW SPORTSWEAR, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held and continued to May 5, 2008, for report on settlement or to set discovery schedule and trial dates.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|