UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Calvin Miller, et al.
                Plaintiff,

v.                                 Case No.: 1:08−cv−00785
                                      Honorable Suzanne B. Conlon

BMW Sportswear, Inc., et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(wyh, )Notices mailed by Judicial staff.

Dated: May 6, 2008

                                                                /s/ Suzanne B. Conlon

                                                                 United States District Judge