## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0785 | **DATE** | 5/6/2008 |
| **CASE TITLE** | CALVIN MILLER, ET AL vs. B.M.W. SPORTSWEAR | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. An expedited referral made to the designated magistrate judge for settlement conference. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on September 3, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on September 24, 2008 at 9:00 a.m; plaintiff shall submit draft to defendant by September 17, 2008. The case is placed on the October trial calendar.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|