# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 785 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Miller vs. BMW Sportswear, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties are to have a face to face settlement conference prior to the settlement conference set for July 1, 2008 at 3:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|