## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 785 | **DATE** | 7/21/2008 |
| **CASE TITLE** | CALVIN MILLER, ET AL vs. BMW SPORTSWEAR, INC. | | |

**DOCKET ENTRY TEXT**

This case is dismissed pursuant to settlement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|